# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

VICKIE BROWNING,  Civil File No. 09-2620-CM

    Plaintiff,

vs.  STIPULATION OF DISMISSAL
  WITH PREJUDICE

ENHANCED RECOVERY CORPORATION,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Vickie Browning, and the defendant, Enhanced Recovery Corporation hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  March 2, 2010   By  /s/J. Mark Meinhardt
  J. Mark Meinhardt
  4707 College Boulevard, Suite 100
  Leawood, Kansas  66211
  (913) 451-9797
  (913) 451-6163 (fax)
  ATTORNEY FOR PLAINTIFF

Dated:  March 2, 2010   By  /s/Susan P. DeCoursey
  Susan P. DeCoursey
  Gregory J. Pappas
  Cohen McNeile & Pappas PC
  4601 College Boulevard, Suite 200
  Leawood, Kansas 66211
  (913) 491-4050
  (913) 491-9318 (fax)
  ATTORNEY FOR DEFENDANT